AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
July 30, 2026
Nathan Ochsner, Clerk of Court

United States of America
v
Bonifasio Suarez-Benitez

Defendant(s)

Case No. **4:26-mj-505**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 25, 2026 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Charles Harris, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 07/30/2026

[signature]
*Judge's signature*

City and state: Houston, Texas

Hon. Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

**4:26-mj-505**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Charles Harris, being duly sworn by telephone, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement (“ICE”) Enforcement and Removal Operations (“ERO”) and have served in that capacity since December 15, 2025.

(2) On July 25, 2026, ICE ERO was made aware of the unlawful presence of SUAREZ-BENITEZ, BONIFASIO (hereinafter Defendant), in the United States as a result of information provided by the Harris County Jail, in Harris County, TX. On July 30, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and 1326(b).

(3) Based upon the information from ICE’s records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

(4) Element One: The Defendant is a citizen and national of Mexico and not a native, citizen, or national of the United States.

(5) Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

a. 09/26/2022- Removed to Mexico from Laredo, Texas
b. 09/08/2012- Removed to Mexico from Brownsville, Texas
c. 06/26/2012- Removed to Mexico from Brownsville, Texas

(6) Element Three: After deportation, the Defendant was subsequently found in the United States on July 25, 2026, in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I conducted a system query in the Alien Criminal Response Information Management System (ACRIMe), to determine whether, in the past five years and after the Defendant’s last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On July 29, 2026, ACRIMe returned negative results.

(7) Element Four: The Defendant did not have permission to re-enter the United States. On July 29, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(8) The Defendant has the following prior criminal history and/or gang affiliation:

a. On July 27, 2026, the Defendant was convicted in the 338th District Court, Harris County, Texas with ATT EVAD ARREST/DETENTION W/VEHICLE under case 197387101010. For this offense, a felony, the Defendant was sentenced to 9 days in Harris County, Texas Jail.

b. On September 22, 2022, the Defendant was charged in the County Criminal Court at Law NO. 6, Harris County, Texas with Evading Arrest/Detention. The case was dismissed.

c. On September 22, 2022, the Defendant was convicted in the 338th District Court, Houston, Texas with POSS CS PG 1<1G under case 169917501010. For this offense, a felony, the Defendant was sentenced to 30 days confinement.

d. On May 27, 2021, the Defendant was convicted in the 138th Judicial District Court of Cameron County, Texas for the offense of Assault Family/House member, under case 2014-DCR-2365. For this offense, a felony, the Defendant was sentenced to 2 years confinement.

On July 30, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Luis Batarse accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and 1326(b).

Charles Harris
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 30th day of July 2026, and I find probable cause.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas